Gregory L. Spallas, Esq. (SBN 129306)
Kristin L. Oliveira, Esq. (SBN 204384)
PHILLIPS, SPALLAS & ANGSTADT LLP
Three Embarcadero Center, Suite 550
San Francisco, CA 94111
Tel:    (415) 278-9400
Fax:    (415) 278-9411
gspallas@psalaw.net
koliveira@psalaw.net

Attorneys for Defendant
Wal-Mart Stores, Inc.

Daniel Rodriguez, Esq.  (SBN 096625)
Joel T. Andreesen, Esq. (SBN 152254)
Charles Chapman, Esq.  (SBN 115505)
RODRIGUEZ & ASSOCIATES
2020 Eye Street
Bakersfield, CA  93301
Tel:    (661) 588-2097
Fax:    (661) 323-0132
jandreesen@rodriguezlaw.net
charles@rodriguezlaw.net

Attorneys for plaintiff
Betty Pomeroy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY J. POMEROY, | Fed Case No. 1:09-cv-02209-LJO-GSA |
| Plaintiff, | |
| v. | **JOINT INITIAL STIPULATION OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** [Fed. R. Civ. P. 6; L-R 144] |
| WAL-MART STORES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO THE COURT:

-1-
JOINT INITIAL STIP. OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [FRCP 6; L-R 144]
*Pomeroy v. Wal-Mart Stores, Inc., Case No. 1:09-cv-02209-LJO-GSA*

Plaintiff BETTY POMEROY and Defendant WAL-MART STORES, INC. (Wal-Mart), by and through their attorneys of record, herein stipulate to an extension of time to January 19, 2010 for Defendant Wal-Mart to file an answer to plaintiff's Complaint.

Good cause exists for this extension as Wal-Mart Stores, Inc. seeks an additional two court days to complete the preparation of its responsive pleading.

Date: January 14, 2010     **RODRIGUEZ & ASSOCIATES**
A Professional Law Corporation

By: /s/ Charles-Chapman as authorized on 1/14/10
    Charles Chapman
    Attorney for Plaintiff
    Betty J. Pomeroy

Date: January 14, 2010     **PHILLIPS, SPALLAS & ANGSTADT LLP**

By:    /s/ Kristin-L.-Oliveira
    Gregory L. Spallas
    Kristin L. Oliveira
    Attorney for Defendant
    WAL-MART STORES, INC.

## **ORDER**

Pursuant to the parties' Stipulation, Defendant Wal-Mart Stores, Inc. shall have until January 19, 2010 to file a responsive pleading to plaintiff's First Amended Complaint.

Dated:   January 15, 2010        /s/ Gary S. Austin
                                             UNITED STATES MAGISTRATE JUDGE