Gregory L. Spallas, Esq. (SBN 129306)
Natalja M. Fulton, Esq. (SBN 254858)
**PHILLIPS, SPALLAS & ANGSTADT LLP**
Three Embarcadero Center, Suite 550
San Francisco, California 94111
Tel:   (415) 278-9400
Fax:   (415) 278-9411
gspallas@psalaw.net

Attorneys for Defendant
WAL-MART STORES, INC.

Joel T. Andreesen, Esq. (SBN 152254)
John A. Kawai, Esq. (SBN 260120)
**RODRIGUEZ & ASSOCIATES**
2020 Eye Street
Bakersfield, California 93301

Attorneys for Plaintiff
BETTY POMEROY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY J. POMEROY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:09-cv-02209-LJO-SKO<br><br>**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE** |

COME NOW the parties, plaintiff Betty Pomeroy and defendant Wal-Mart Stores, Inc., by and through their respective counsel of record, and stipulate to extend the deadline for non-expert discovery, currently Friday, February 18, 2011, until Friday, February 25, 2011, **for the limited and exclusive purpose of conducting the depositions of Mr. Jack Persons and Mr. Kevin King, which are scheduled to occur on February 24, 2011.**

Good cause exists for the granting of this stipulation as scheduling issues prevented these depositions to occur prior to the discovery deadline of February 18, 2011.

Dated: February 8, 2011              PHILLIPS, SPALLAS & ANGSTADT LLP


  /s/ Gregory L. Spallas
Gregory L. Spallas
Natalja M. Fulton
Attorneys for Defendant
WAL-MART STORES, INC.

Dated: February 8, 2011              RODRIGUEZ & ASSOCIATES


    /s/ Joel T. Andreesen
Joel T. Andreesen
John A. Kawai
Attorneys for Plaintiff
BETTY POMEROY

IT IS SO ORDERED.

Dated:   **February 9, 2011**              **/s/ Sheila K. Oberto**
                                                                                   UNITED STATES MAGISTRATE JUDGE