Gregory L. Spallas, Esq. (SBN 129306)
Natalja M. Fulton, Esq. (SBN 254858)
**PHILLIPS, SPALLAS & ANGSTADT** LLP
Three Embarcadero Center, Suite 550
San Francisco, California 94111
Tel:    (415) 278-9400
Fax:    (415) 278-9411
gspallas@psalaw.net

Attorneys for Defendant
WAL-MART STORES, INC.

Joel T. Andreesen, Esq. (SBN 152254)
John A. Kawai, Esq. (SBN 260120)
**RODRIGUEZ & ASSOCIATES**
2020 Eye Street
Bakersfield, California 93301

Attorneys for Plaintiff
BETTY POMEROY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY J. POMEROY,<br><br>             Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:09-cv-02209-LJO-SKO<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE** |

COME NOW the parties, plaintiff Betty Pomeroy and defendant Wal-Mart Stores, Inc., by and through their respective counsel of record, and stipulate to extend the deadline for expert discovery, currently Friday, March 18, 2011, until Wednesday, March 23, 2011, for the limited and exclusive purpose of conducting the depositions of Ms. Margo Ogus and Mr. Robert Johnson, which are scheduled to occur on March 21, 2011 and March 22, 2011, respectively.

1        Good cause exists for the granting of this stipulation as scheduling issues prevented

2 these depositions to occur prior to the discovery deadline of March 18, 2011.

3

4 Dated: March 8, 2011            PHILLIPS, SPALLAS & ANGSTADT LLP

5

6                          /s/ Gregory L. Spallas

7                        Gregory L. Spallas

                       Natalja M. Fulton

8                        Attorneys for Defendant

9                        WAL-MART STORES, INC.

10 Dated: March 8, 2011            RODRIGUEZ & ASSOCIATES

11

12

13                        /s/ Joel T. Andreesen

                       Joel T. Andreesen

14                        John A. Kawai

                       Attorneys for Plaintiff

15                        BETTY POMEROY

16

17                          **ORDER**

18

19

20

21 IT IS SO ORDERED.

22     Dated:    **March 9, 2011**               **/s/ Sheila K. Oberto**

23                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE
*Pomeroy v. Wal-Mart Stores, Inc., Case No. 1:09-cv-02209-LJO-SKO*