DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA 93301
TELEPHONE: (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff BETTY J. POMEROY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY J. POMEROY,<br><br>          Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.: 1:09-cv-02209-LJO-GSA<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY CUTOFF DATE**<br><br><br><br><br><br>Judge: Hon. Lawrence J. O'Neill<br>Trial Date: August 29, 2011 |

   COMES NOW, undersigned counsel for Plaintiff, BETTY J. POMEROY, and undersigned counsel for Defendant, WAL-MART STORES, INC., hereby stipulate and agree as follows:

   The deadline for expert discovery currently Wednesday, March 23, 2011, shall be extended to Tuesday, April 5, 2011, for the purpose of conducting the deposition of Mr. Robert Johnson, which is now scheduled to take place on Monday, April 4, 2011.

---

STIPULATION TO EXTEND EXPERT DISCOVERY CUTOFF DATE - 1

Good cause exists for granting of this stipulation as an unexpected scheduling issue arose.

Dated: March 18, 2011                             RODRIGUEZ & ASSOCIATES


                                        By:   /s/ Joel T. Andreesen
                                               JOEL T. ANDREESEN
                                               Attorneys for Plaintiff

Dated: March 18, 2011                             PHILLIPS, SPALLAS & ANGSTADT, LLP


                                        By:   /s/ Gregory L. Spallas
                                               GREGORY L. SPALLAS
                                               NATALJA M. FULTON
                                               Attorneys for Defendant

### ORDER

IT IS HEREBY ORDERED THAT the deadline for expert discovery currently be extended to Tuesday, April 5, 2011.

IT IS SO ORDERED.

   Dated:   **March 21, 2011**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE