IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY J. POMEROY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　／ | CASE NO. CV F 09-2209 LJO SKO<br><br>**ORDER TO TAKE SUMMARY JUDGMENT MOTION UNDER SUBMISSION**<br>(Doc. 27.) |

Pursuant to its practice, this Court will consider defendant's summary judgment motion on the record and VACATES the June 29, 2011 hearing. *See* Local Rule 230(c). Due to having the heaviest district court caseload in the nation and inability to hold to scheduled dates, this Court encourages the parties to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   June 23, 2011**　　　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE