Gregory L. Spallas, Esq. (SBN 129306)
Shivani Sutaria, Esq. (SBN 249942)
**PHILLIPS, SPALLAS & ANGSTADT LLP**
Three Embarcadero Center, Suite 550
San Francisco, California 94111
Tel:   (415) 278-9400
Fax:   (415) 278-9411
gspallas@psalaw.net
ssutaria@psalaw.net

Attorneys for Defendant
WAL-MART STORES, INC.

Joel T. Andreesen, Esq. (SBN 152254)
John A. Kawai, Esq. (SBN 260120)
**RODRIGUEZ & ASSOCIATES**
2020 Eye Street
Bakersfield, California 93301
Tel:   (661) 323-1400
Fax:   (661) 323-0132

Attorneys for Plaintiff
BETTY POMEROY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY J. POMEROY,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:09-cv-02209-LJO-SKO<br><br>**STIPULATION AND ORDER** |

Plaintiff BETTY POMEROY, by and through her attorney of record, Rodriguez & Associates, and Defendant WAL-MART STORES, INC., by and through its attorneys of record, Phillips, Spallas & Angstadt, do hereby STIPULATE AND AGREE as follows:

-1-
STIPULATION AND ORDER
*Pomeroy v. Wal-Mart Stores, Inc., Case No. 1:09-cv-02209-LJO-SKO*

1.     That Plaintiff BETTY POMEROY hereby waives any right to file an appeal of any orders or decisions of this Court regarding this pending matter, including but not limited to this Court's Decision of Defendant's Motion for Summary Judgment (Document 34) and Judgment (Document 35), in which this Court granted summary judgment on all claims set forth in the operative First Amended Complaint (Document 8) filed in this matter.

2.     That, in consideration of said waiver, Defendant WAL-MART STORES, INC., hereby waives any right it may have to recover its attorney's fees and costs pursuant to the Decision and Judgment summarily adjudicating this matter and, therefore, each party to this case shall bear his or its own attorney's fees and costs.

Dated: July 18, 2011         PHILLIPS, SPALLAS & ANGSTADT LLP


  /s/ Gregory L. Spallas
Gregory L. Spallas
Shivani Sutaria
Attorneys for Defendant
WAL-MART STORES, INC.


Dated: July 18, 2011         RODRIGUEZ & ASSOCIATES


     /s/ Joel T. Andreesen
Joel T. Andreesen
John A. Kawai
Attorneys for Plaintiff
BETTY POMEROY

-2-

STIPULATION AND ORDER
*Pomeroy v. Wal-Mart Stores, Inc., Case No. 1:09-cv-02209-LJO-SKO*

**ORDER**

UPON AGREEMENT OF THE PARTIES, IT IS SO ORDERED:

IT IS SO ORDERED.

Dated:   **July 19, 2011**              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE